**David Emanuel STRICKLAND, Petitioner–Appellant,**

v.

**Theodis BECK, Secretary of the North Carolina Department of Correction, Respondent–Appellee.**

No. 02–7808.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

David Emanuel Strickland, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

David Emanuel Strickland seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Strickland has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*